UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                         )
                                               )   Case No. 89-51196
Plexus Computer Inc.                           )
                                               )   Chapter 7
                                               )
              DEBTOR                           )   Application for Unclaimed Dividends and
                                               )   Certificate of Service

    Pioneer Funding Group, LLC, attorney-in-fact for Professionals for Technology, claimant, hereby petitions the Court for $3,637.71, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to the following creditor.

Professionals for Technology
653 Main Street
Plantsville, CT 06479-1506

Last four digits of SS#/Tax ID: xxx-xx-3068

    Pioneer Funding Group, LLC is the legal representative for the creditor named above. I have attached an original, notarized power of attorney which includes the case number, case name, chapter number, dollar amount of claim and the typed name, title (if applicable), address and phone number of the person who signed the power of attorney. An original business card is attached if the claimant is employed by the creditor. Also, an authorization to collect on behalf of the creditor is attached if the claimant is not an officer of the company or corporation.

    The claimant's current mailing address is:

Professionals for Technology
c/o Pioneer Funding Group, LLC
Greeley Square Station
P.O. Box 20188
New York, NY 10001-0006

Last four digits of SS#/Tax ID: xxx-xx-9072

I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these funds.

On October 16, 2015, I mailed a copy of this application to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

I understand that pursuant to 18 U.S.C. section 152, I will be fined not more than $5,000.00, or imprisoned not more than five years, or both if I knowingly and fraudulently made any false statements in this document.

I certify, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

_[signature]_
Signature of Creditor/Claimant

Pioneer Funding Group, LLC
Greeley Square Station
P.O. Box 20188
New York, NY 10001
Address of Creditor/Claimant

Adam D. Stein-Sapir
Typed or Printed Name

10/16/15
Date

646-237-6969
Telephone Number of Creditor/Claimant

ADAM@PFLLC.COM
E-mail Address of Creditor/Claimant

Notary Signature and Seal:

State of _New York_ }
County of _New York_ } SS}

On this __16__ day of _October_, 2015, before me personally came _Adam Stein-Sapir_

To me known to be the individual described in and who executed the foregoing instruments and acknowledge that he/she executed the same.

_[signature]_
Notary Public

```
ANGELINA ROBLES
Notary Public - State of New York
NO. 01RO6308645
Qualified in Bronx County
My Commission Expires Jul 28, 2018
```

Application for Unclaimed Dividends and Certificate of Service