Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
Northern District of California

| | |
|---|---|
| **In re Debtor(s):** <br> Plexus Computers, Inc. | Case No.: 89–51196 MM 7 <br> Chapter: 7 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Fund Locator Pioneer Funding Group, LLC, Creditor Professionals for Technology      CLAIM: 3,637.71

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
☐ The Affidavit was not submitted.
☐ The Affidavit was not signed.
☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.
☐ A current photo id was not included with the application.
☐ An original business card was not included with the application.
☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.
☐ You did not submit a document that verifies your current address.
☐ An authorization to collect funds was not included with the application.
☐ The Power of Attorney has expired.
☐ W–9 Form not submitted. Please submit a completed and signed W–9 form.

☑ Other: 1. Owner of record not sufficiently established. 2. No document provided to show that the owner of record did business on the address listed on the notice. 3. No document provided to show Peter Grieco was the CEO of the owner of record and has the authority to sign documents. 4. Current address of the owner of record not provided. 5. Proof of identity of the representative.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 11/27/2015 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Chris Gundayao

Dated: <u>11/10/15</u>      For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Chris Gundayao
   (415)268–2344
   Chris_Gundayao@canb.uscourts.gov